| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LINDA C. HARTER, # 179741 |
| | Chief Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA  95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | Attorney for Defendant |
| | TIFFANY JONES |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-MJ-00172-CKD |
| | ) | |
| Plaintiff, | ) | WAIVER OF DEFENDANT'S PRESENCE |
| | ) | |
| v. | ) | |
| | ) | |
| TIFFANY JONES, | ) | |
| | ) | Judge:  Carolyn K. Delaney |
| Defendant. | ) | |
| | ) | |

      Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant TIFFANY JONES, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, specifically, appearances for any hearing regarding modification of conditions of supervised release, except upon arraignment, plea, impanelment of jury and imposition of sentence.

      Defendant hereby requests the Court to proceed during every absence which the Court may permit to this waiver; agrees that defendant's interests will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may

fix the defendant's absence.

The defendant further acknowledges being informed of the rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates under that Act without the defendant's personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated:  June 10, 2014

      /s/ Tiffany Jones
TIFFANY JONES

I agree and consent to my Client's waiver of appearance.

Dated:  August 14, 2014

/s/ Linda C. Harter

LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
TIFFANY JONES

IT IS SO ORDERED.

Dated:  August 14, 2014

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE