HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
TIFFANY JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:14-MJ-00172-CKD |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL |
| v. | ) ) | DATE:  November 10, 2014 |
| TIFFANY JONES, | ) ) | TIME:   9 a.m. JUDGE: Carolyn K. Delaney |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, LAURA HUGGINS, Special Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, attorney for defendant TIFFANY JONES that the Court vacate the court trial date of November 3, 2014, and set a new court trial date on November 10, 2014 at 9:00 a.m.

The continuance is being requested because the defense needs additional time to prepare, in order to properly represent TIFFANY JONES at trial.

Dated: September 30, 2014                                Respectfully submitted,

                                                          HEATHER E. WILLIAMS
                                                          Federal Defender

                                                          */s/ Rachelle Barbour*
                                                          For LINDA HARTER
                                                          Assistant Federal Defender
                                                          Attorney for Defendant
                                                          TIFFANY JONES

*U.S. v. Jones*
  Stipulation and Order                          -1-

| | |
|---|---|
| Dated: October 8, 2014 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>*/s/ Laura Huggins*<br>LAURA HUGGINS<br>Special Assistant United States Attorney<br>Attorney for Plaintiff |

## **O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the November 3, 2014 court trial be continued to November 10, 2014, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  October 9, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE